Case 1:18-cv-09579-DLC   Document 25   Filed 02/21/19   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN HIRSCH

    Plaintiff,

v.

BARSTOOL SPORTS, INC.

    Defendant.

---

**STIPULATION OF NOTICE OF
SETTLEMENT AND
DISMISSAL WITH PREJUDICE
(FRCP 41(a)(1)(A)(ii))**

Case No.: 1:18-cv-9579-DLC

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the Plaintiff, Steven Hirsch, and counsel for the Defendant, Barstool Sports,

Inc., that the parties have reached a confidential settlement in principle and that all claims

asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii), each party to bear its own attorneys' fees and costs.

Richard P. Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 2-21-19
*Attorney for Plaintiff Steven Hirsch*

Gloria Franke Shaw

Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel: 310-788-4458
Gloria.Shaw@KattenLaw.com

Dated: 2-7-19
*Attorney for Defendant Barstool Sports,
Inc.*

SO ORDERED:

Denise Cote      2/21/19

Hon. Denise L. Cote

US_137524509v2

9